# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1370

_____

| | | |
|---|---|---|
| Sheila Baker, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Buffets, Inc., doing business as | * | [UNPUBLISHED] |
| Old County Buffet, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: February 14, 2000

Filed: April 28, 2000

_____

Before WOLLMAN, Chief Judge, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

After she had a physical altercation with a co-worker, Sheila Baker was terminated from her employment with Old Country Buffet. She subsequently brought suit for discrimination on the basis of sex, asserting claims of a hostile work environment and retaliation for her complaints of sexual harassment. The district court[1]

_____

[1]The Honorable Thomas C. Mummert, III, United States Magistrate Judge for the Eastern District of Missouri, who presided with the consent of the parties under 28

granted summary judgment in favor of Old Country Buffet, and Ms. Baker now appeals. Having considered the record and the parties' submissions, we affirm for the reasons articulated by the district court. <u>See</u> 8th Cir. R. 47B.

We express our appreciation to counsel, appointed under the inherent power of the court, for his representation of Ms. Baker during the post-summary judgment aspects of this case.

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

U.S.C. § 636(c).